Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:           (619) 233-7770
Office Fax Number:       (619) 297-1022

*Attorneys for Plaintiff*
Susan Lindberg

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Susan Lindberg, | **Case No.: 3:16-cv-02988-DMS-AGS** |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| General Motors Financial Company, Inc. d/b/a GM Financial and Able Auto Adjusters, Inc., | |
| Defendants. | |

//
//
//
//
//
//
//

1  NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 3, 2017 for filing a request for dismissal.

Respectfully submitted,

Date: May 3, 2017          **HYDE & SWIGART**

By: _s/ Jessica R. K. Dorman_
Jessica R. K. Dorman
*Attorneys for Plaintiff*