Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SNB: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Susan Lindberg

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Lindberg,<br><br>              Plaintiff,<br><br>v.<br><br>General Motors Financial Company, Inc. d/b/a GM Financial and Able Auto Adjusters, Inc.,<br><br>              Defendants. | **Case No.: 3:16-cv-02988-DMS-AGS**<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. DANA M. SABRAW** |

Plaintiff SUSAN LINDBERG (hereinafter "Plaintiff") and Defendants GENERAL MOTORS FINANCIAL COMPANY, INC. and ABLE AUTO ADJUSTERS, INC. (hereinafter "Defendants") (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the above entitled action with prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

The Parties agree that each party is to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: June 26, 2017         **HYDE & SWIGART**

By: s/Joshua B. Swigart
Joshua B. Swigart
*Attorney for Plaintiff*

Dated: June 26, 2017         **TROUTMAN SANDERS LLP**

By: s/Chad R Fuller
Chad R Fuller
*Attorney for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad Fuller, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 26, 2017

**HYDE & SWIGART**

By: s/Joshua B. Swigart
Joshua B. Swigart
*Attorney for Plaintiff*