# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Lindberg,<br><br>   Plaintiff,<br><br>v.<br><br>General Motors Financial Company, Inc. d/b/a GM Financial and Able Auto Adjusters, Inc.,<br><br>   Defendants. | **Case No.: 3:16-cv-02988-DMS-AGS**<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. DANA M. SABRAW** |

   Based upon the Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

   IT IS SO ORDERED.

Dated:  June 26, 2017

            Hon. Dana M. Sabraw
            United States District Judge